IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Weichert Real Estate Affiliates, Inc., | ) |
| Plaintiff, | ) C.A. No.: 2:08-cv-2652-RMG |
| v. | ) |
| Dean Kelby Realty, LLC; Kelvak Holdings, Inc.; Kelvak Holdings, LLC; Bryan Crabtree and Sandion, a Texas general partnership d/b/a Coldwell Banker United Realtors, | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court upon the recommendation of Magistrate Judge Marchant that the Motion for Summary Judgment filed by Defendant Sandion, a Texas general partnership d/b/a Coldwell Banker United Realtors ("Sandion"), be granted with respect to Plaintiff's Eighth Cause of Action and be denied with respect to Plaintiff's Seventh Cause of Action.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the Magistrate Judge's report.

A review of the record indicates that the Magistrate Judge's report accurately summarizes this case and the applicable law. It is **ORDERED** that the Magistrate Judge's Report and Recommendation is adopted as the order of this court. For the reasons articulated by the Magistrate Judge, it is **ORDERED** that Defendant Sandion's Motion for Summary Judgment is **GRANTED**

**IN PART** and **DENIED IN PART**. More specifically, Defendant Sandion's Motion is **GRANTED** with respect to Plaintiff's Eighth Cause of Action and **DENIED** with respect to Plaintiff's Seventh Cause of Action.

**AND IT IS SO ORDERED.**

_____
The Honorable Richard Mark Gergel
United States District Judge

**Charleston, South Carolina**
**August 20, 2010**